IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DORIS M.,                                                    )
                                                             )
    Plaintiff,                                           )
                                                             )
v.                                                           )          CASE NO. 3:24-cv-447-JTA
                                                             )          (WO)
FRANK J. BISIGNANO, Commissioner                             )
of Social Security,                                          )
                                                             )
    Defendant.                                           )

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner is hereby

REVERSED and this matter is REVERSED and REMANDED to the Commissioner

pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is directed to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of June, 2026.

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

1